UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CIVIL NO.11-11301

SCOTT H. FINCH,

       Plaintiff(s),

-V-

PULTE HOMES, INC.,
       Defendant(s).
_____/

## JUDGMENT AND ORDER OF DISMISSAL

At a session of said Court, held in the
United States Courthouse, in the City of
Detroit, State of Michigan, on August 23, 2011.

PRESENT: THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

Due notice of an Order to Show Cause why the above case should not be dismissed for failure to serve defendant(s) within 120 days of the filing of the complaint, pursuant to the provisions of Rule 4(m) of the Federal Rules of Civil Procedure, has been mailed to counsel of record.   The Court has received no response; therefore

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED for failure to serve as to defendants Bruce Robinson and John Does 1-10.

                                               s/Patrick J. Duggan
                                               Patrick J. Duggan
                                               United States District Judge

Dated:  August 23, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 23, 2011, by electronic and/or ordinary mail.

                                               s/Marilyn Orem
                                             Case Manager